IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT W. SMITH,

        Plaintiff,

   v.

ZAHED U. AHMED,

        Defendant.

                                          /

No. C 15-3476 MEJ  (PR)

**ORDER GRANTING EXTENSION OF TIME**

On July 28, 2015, plaintiff, a California prisoner incarcerated at the Correctional Training Facility ("CTF"), filed this civil rights action under 42 U.S.C. § 1983. That same day, the Clerk notified plaintiff that his application to proceed in forma pauperis ("IFP") was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months.

On August 13, 2015, plaintiff filed another IFP application, but it was still missing the required forms. Attached to the incomplete application is a declaration from plaintiff stating that he has requested that prison officials at CTF provide these documents, but there has been a delay in the processing of his legal mail. Plaintiff is therefore granted an extension of time, up to and including **November 2, 2015**, in which to submit the missing certificate of funds and prison trust account statement. CTF officials shall either provide a completed and signed certificate of funds form and a trust account statement showing transactions from the last six months to plaintiff or shall submit such documents directly to the court. If officials have not done so by the deadline, plaintiff may request a further extension.

IT IS SO ORDERED.

DATED: Septemeber 14, 2015

Maria-Elena James
United States Magistrate Judge