1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT W. SMITH,                                     No. C 15-3476 MEJ  (PR)

            Plaintiff,                              **ORDER OF DISMISSAL**

    v.

ZAHED U. AHMED,

            Defendant.

_____/

        Pursuant to Plaintiff's notice of voluntary dismissal (dkt. no. 11), this case is

DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a).

        The Clerk shall terminate all pending motions and close the file.


        IT IS SO ORDERED.

DATED: December 1, 2015                     _____
                                           Maria-Elena James
                                           United States Magistrate Judge